UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

MOHAMED RAFIK NAJI,

        Defendant.

– – – – – – – – – – – – –X

UNSEALING ORDER

Docket No.  -    (  )
16-1049M

      Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Melody Wells, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           November 21, 2016

                                        S/ Robert M. Levy

                                        HONORABLE ROBERT M. LEVY
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK